IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHANNON L. POLLARD, | * | |
| Plaintiff, | * | |
| v. | * | 11-cv-3559-BEL |
| NATIONAL ENTERPRISE SYSTEMS, INC., *et al.*, | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * *

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Shannon L. Pollard, and Defendants National Enterprise Systems, Inc. and Tomika McDonald, a/k/a Tonya Mays, by their respective undersigned counsel, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of any and all claims alleged or asserted in the above-captioned action.

| | |
|---|---|
| /s/ | /s/ |
| E. David Hoskins (Bar No.06705)* | James M. Connolly (Bar No. 23872) |
| THE LAW OFFICES OF E. DAVID HOSKINS, LLC | KRAMER & CONNOLLY |
| The Quadrangle Building at Cross Keys | 465 Main Street |
| Two Hamill Road, Suite 362 | Reisterstown, MD 21136 |
| Baltimore, Maryland 21210 | Tel.: (410) 581-0070 |
| Tel.: (410) 662-6500 | Fax: (410) 581-1524 |
| Fax: (410) 662-7800 | *Counsel for Defendants National Enterprise Systems and Tomika McDonald (a/k/a Tonya Mays)* |
| *Counsel for Plaintiff Shannon L. Pollard* | |

(*signed by James M. Connolly with permission of E. David Hoskins)

**SO ORDERED**

_____        _____
        Date                                        Benson Everett Legg
                                                    United States District Judge